# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

No. 1D2025-1801

—————————————————

SPENCER BRIGGS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

—————————————————

Petition for Writ of Habeas Corpus—Original Jurisdiction.

October 1, 2025

PER CURIAM.

DISMISSED. *See Logan v. State*, 846 So. 2d 472 (Fla. 2003) (holding that generally, a criminal defendant cannot proceed pro se while represented by counsel).

LEWIS, ROBERTS, and M.K. THOMAS, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

Spencer Briggs, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.